

FILED

APR 15 2026

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:26 CR-133 VMC-CPT

18 U.S.C. § 844(e)

JONATHAN JAMES ELDER

(Threat by Means of Explosive)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Making a Threat by Means of Explosive)

On or about March 18, 2026, in the Middle District of Florida, the defendant,

JONATHAN JAMES ELDER,

through the use of telephone, in and affecting interstate and foreign commerce,

willfully made a threat, concerning an attempt and alleged attempt being made, and

to be made, to kill, injure, and intimidate any individual and unlawfully to damage

and destroy a building, vehicle, and other real and personal property, by means of

fire and an explosive, in violation of 18 U.S.C. § 844(e).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for

the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. §§ 844(c) and

982(a)(2)(B) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 844, the defendant shall

forfeit to the United States of America, pursuant to 18 U.S.C. § 982(a)(2)(B), any

property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, and pursuant to 18 U.S.C. § 844(c) and 28 U.S.C. § 2461(c), any explosive materials involved or used or intended to be used in the violation.

3.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

GREGORY W. KEHOE
United States Attorney

By:  _____
Karyna Valdes
Assistant United States Attorney

By:  _____
For: Michael Sinacore
Assistant United States Attorney
Chief, Special Prosecutions Section

April 26                              No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## JONATHAN JAMES ELDER

### INDICTMENT

Violations: 18 U.S.C. § 844(e)

Filed in open court this 15th day

of April 2026.

_____
                              Clerk
JEREMIAH SMITH

Bail $_____