**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

-vs-                                                       Case No. 8:26-cr-133-VMC-CPT

JONATHAN JAMES ELDER

**CLERK'S MINUTES**
Proceeding: Arraignment
*Courtroom 12B*

Judge: Christopher P. Tuite, U.S. Magistrate Judge          Date: April 16, 2026
Deputy Clerk: Ashley Sanders                               Time: 3:40 p.m.
USPO: Paul Kelly                                           Recess: 3:46 p.m.
Court Reporter: Digital                                    Total Time: 6 min
Interpreter: none

---

Counsel for USA: Karyna Valdes AUSA
Counsel for Defendant: Ryan Maguire, AFPD

---

Court calls case and counsel enters appearances.

Court advises of charges contained in Indictment. Defendant waives full and formal reading of Indictment, enters a plea of not guilty, and moves to participate in discovery. Government moves for reciprocal discovery.

Defendant's plan for release has fallen through. Defendant seeks to continue to reserve.

Trial set for the June 1 trial term before Judge Vocing Status May 14 at 9:30 a.m.

Recess.