UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:26-cr-133-VMC-CPT

JONATHAN JAMES ELDER

### JOINT NOTICE CALCULATING SPEEDY TRIAL

The parties jointly file this notice in accordance with the Court's order on

April 16, 2026 (Doc. 25). The parties calculate that speedy trial in this case runs on

approximately June 25, 2026.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   */s/ Karyna Valdes*
Karyna Valdes
Assistant United States Attorney
Florida Bar No. 0122261
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Karyna.Valdes@usdoj.gov

**U.S. v. Jonathan Elder**                    **Case No. 8:26-cr-133-VMC-CPT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 20, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ryan J. Maguire, Esq.

*/s/ Karyna Valdes*
Karyna Valdes
Assistant United States Attorney
Florida Bar No. 0122261
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Karyna.Valdes@usdoj.gov
