UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 8:26-cr-133-VMC-CPT

JONATHAN JAMES ELDER

**MOTION TO APPEAR ON
BEHALF OF GOVERNMENT COUNSEL OF RECORD**

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, files this motion for Assistant United States

Attorney Muriel Moore to appear on behalf of Assistant United States Attorney

Karyna Valdes who is counsel of record for the government. Ms. Valdes will be

traveling out of the country.

The undersigned requests permission for Assistant United States Attorney

Muriel Moore to appear in lieu of the aforementioned attorney at the status

conference scheduled for August 6, 2026, at 9:30 a.m. in Courtroom 14 B.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    */s/ Karyna Valdes*
Karyna Valdes
Assistant United States Attorney
Florida Bar No. 0122261
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
E-mail: Karyna.Valdes@usdoj.gov

**U.S. v. Jonathan Elder**                    **Case No. 8:26-cr-133-VMC-CPT**

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the counsel of record.


/s/ Karyna Valdes
Karyna Valdes
Assistant United States Attorney
Florida Bar No. 0122261
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
E-mail: Karyna.Valdes@usdoj.gov