**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

-vs- Case No.: 8:26-cr-00133-VMC-CPT

JONATHAN JAMES ELDER,

Defendant,
_________________________________/

**CLERK'S MINUTES**
Proceeding: Motion Hearing
*Courtroom 12B*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: October 23, 2026 |
| Deputy Clerk: Ashley Sanders | Time: 1:06 p.m. |
| USPO: none | Recess: 1:15 p.m. |
| Court Reporter: Digital | Total Time: 9 min |
| Interpreter: none | |

---

Counsel for USA: Karyna Valdes, AUSA
Counsel for Defendant: Ryan Maguire, AFPD

---

Court calls case and counsel enters appearances.

Court hears oral argument on governments motion for psychological evaluation.

Order to follow.

Recess.